No. 200. PAULSEN LUMBER, INC., Respondent, v. ANDERSON, Appellant.

(Also reported in 221 N. W. 2d 921.)

The cause was submitted for the appellant on the briefs of *Jerome L. Rinzel* of Cudahy, and for the respondent on the brief of *Peregrine, Marcuvitz, Cameron & Peltin, S. C.*, all of Milwaukee.

The order overruling the demurrer is reversed; and the demurrer is sustained with leave to plead over within twenty days of remand of the record.